IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01168-ZLW-CBS

LARRY RAY KENYON,

    Plaintiff,

v.

CAROL E. OSBORNE,

    Defendant.
_____

ORDER
_____

Upon review and in consideration of the Courtroom Minutes/Minute Order of Magistrate Judge Craig B. Shaffer filed February 15, 2007, it is

ORDERED that the this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before March 7, 2007. If by that date settlement papers have not been received by the Court, on March 14, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  15   day of February, 2007.

                BY THE COURT:

                *Zita L. Weinshienk*
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court